UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DELVONTA LINTON, Plaintiff,

v.   Civil Action No. 3:18-cv-P846-DJH

LOUISVILLE KY METRO DEPT
OF CORRECTION JAIL *et al.*, Defendants.

\* \* \* \* \*

## **MEMORANDUM OPINION**

Plaintiff Delvonta Linton filed the instant *pro se* 42 U.S.C. § 1983 action proceeding *in forma pauperis*. By Memorandum Opinion and Order entered May 8, 2019, the Court conducted initial review of the complaint pursuant to 28 U.S.C. § 1915A (DN 6). The Court found that Plaintiff's claims as stated in the complaint must be dismissed for failure to state a claim upon which may be granted. However, citing *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the [Prison Litigation Reform Act]."), the Court gave Plaintiff the opportunity to amend his complaint concerning several of his claims and directed Plaintiff to name as Defendants the specific individuals whom he alleges violated his rights and to state specific factual allegations against each individual. The Court ordered Plaintiff to file an amended complaint within 30 days and warned him that his failure to file an amended complaint within the time allotted would result in dismissal of the instant action for the reasons stated in the Memorandum Opinion and Order.

More than 30 days have passed, and Plaintiff failed to comply with the Court's Order or take any other action in this case. Because Plaintiff failed to file an amended complaint, the complaint must be dismissed for failure to state a claim upon which relief may be granted for the

reasons stated in the Court's Memorandum Opinion and Order (DN 6). Therefore, the Court will enter a separate Order dismissing this action.

Date: June 20, 2019

David J. Hale, Judge
United States District Court

cc: Plaintiff, *pro se*
   Defendants
   Jefferson County Attorney
4415.010